1  DORI ANN HANSWIRTH (admitted *pro hac vice*)
2  THERESA M. HOUSE (admitted *pro hac vice*)
3  HOGAN & HARTSON LLP
   875 Third Avenue
4  New York, NY 10022
   Telephone: (212) 918-3000
5  Facsimile:  (212) 918-3100
   dhanswirth@hhlaw.com
6  tmhouse@hhlaw.com

7  AMY M. GALLEGOS (Cal. Bar No. 211379)
   HOGAN & HARTSON LLP
8  1999 Avenue of the Stars, Suite 1400
   Los Angeles, California  90067
9  Telephone: (310) 785-4600
   Facsimile:  (310) 785-4601
10 amgallegos@hhlaw.com

11 Attorneys for Defendants
   FOX NEWS NETWORK, LLC and
12 NEWS CORPORATION

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

16  F. MARC SCHAFFEL PRODUCTIONS,        Case No. CV10-00117 SJO (AGRx)
    LLC, a California limited liability
17  company,
                                          [PROPOSED] ORDER ON
18              Plaintiff,                DEFENDANTS FOX NEWS
                                          NETWORK, LLC AND NEWS
19       v.                               CORPORATION'S MOTION TO
                                          DISMISS THE FIRST AMENDED
20  FOX NEWS NETWORK, LLC, a              COMPLAINT PURSUANT TO
    Delaware limited liability company;   FED. R. CIV. P. 12(b)(1) AND FED.
21  NEWS CORPORATION, a Delaware          R. CIV. P. 12(b)(6)
    corporation; and DOES 1-10, inclusive,
22                                        DATE:       April 5, 2010
                Defendants.               TIME:       10:00 a.m.
23                                        COURTROOM:  1 - Otero

24

25

26

27

28

1  The Court, having reviewed Defendants Fox News Network, LLC and News
2  Corporation's Motion to Dismiss the First Amended Complaint Pursuant to Fed. R.
3  Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6), the papers filed in support thereof, the
4  opposition thereto, the pleadings, records, and files herein, and good cause
5  appearing therefor, hereby

7  ORDERS that the motion by Defendants Fox News Network, LLC and News
8  Corporation to dismiss the First Amended Complaint be, and hereby is, GRANTED
9  in its entirety; and further
10 ORDERS that, pursuant to 17 U.S.C. § 505, Defendants Fox News Network,
11 LLC and News Corporation are awarded their reasonable attorneys' fees and costs
12 incurred in defending against this action, in an amount to be determined upon
13 application by Defendants; and further
14 ORDERS that the First Amended Complaint in this action is dismissed in its
15 entirety, without leave to amend and with prejudice.

17  SO ORDERED.
18  DATED: _____ __, 2010         _____
19                                            U.S. DISTRICT JUDGE