DORI ANN HANSWIRTH (admitted *pro hac vice*)
THERESA M. HOUSE (admitted *pro hac vice*)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile:  (212) 918-3100
dhanswirth@hhlaw.com
tmhouse@hhlaw.com

AMY M. GALLEGOS (Cal. Bar No. 211379)
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone: (310) 785-4600
Facsimile:  (310) 785-4601
amgallegos@hhlaw.com

Attorneys for Defendants
FOX NEWS NETWORK, LLC and
NEWS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. MARC SCHAFFEL PRODUCTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, a Delaware limited liability company; NEWS CORPORATION, a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-00117 SJO (AGRx)<br><br>ORDER ON STIPULATION CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT |

1    The Court, having reviewed the accompanying stipulation by Plaintiff F. Marc Schaffel Productions, LLC ("Plaintiff"), on the one hand, and Defendants Fox News Network, LLC and News Corporation (together, "Defendants"), on the other hand, dated March 12, 2010, requesting a continuance of the hearing scheduled for April 5, 2010, on Defendants' Motion to Dismiss the First Amended Complaint in this action (the "Motion to Dismiss"), and setting forth a briefing schedule for Plaintiff's papers in opposition to the Motion to Dismiss and Defendants' reply papers in further support of the Motion to Dismiss; and good cause appearing therefor, it is hereby

ORDERED that the hearing on the Motion to Dismiss shall be, and hereby is, continued until May 3, 2010, at 10:00 a.m.; and is further

ORDERED that Plaintiff's papers in opposition to the Motion to Dismiss shall be filed and served on or before March 31, 2010; and it is further

ORDERED that Defendants' reply papers in further support of their Motion to Dismiss shall be filed and served on or before April 19, 2010.

SO ORDERED.

DATED:   March 16, 2010

*S. James Otero*
_____
U.S. DISTRICT JUDGE