UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

**CASE NO.:** CV 10-00117 SJO (AGRx)  **DATE:** April 29, 2010

**TITLE:** F. Marc Schaffel Productions, LLC v. Fox News et al

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                              Not Present
Courtroom Clerk                               Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**        **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                   Not Present

========================================================================
**PROCEEDINGS:**

The parties are advised that **MOTION to Dismiss First Amended Complaint filed by Defendants Fox News, News Corporation. [17] filed 3/5/10**, scheduled for hearing on May 3, 2010, is taken under submission. Accordingly, the hearing date is vacated. Order will issue.

MINUTES FORM 11
CIVIL GEN                      Page 1 of 1              Initials of Preparer