1  KING, HOLMES, PATERNO & BERLINER LLP
   HOWARD E. KING, ESQ., STATE BAR NO. 077012
2  BRIAN J. BIRD, ESQ., STATE BAR NO. 081614
   1900 AVENUE OF THE STARS, 25TH FLOOR
3  LOS ANGELES, CALIFORNIA 90067-4506
   E-MAIL:   BIRD@KHPBLAW.COM
4  TELEPHONE: (310) 282-8989
   FACSIMILE:  (310) 282-8903
5
   Attorneys for Plaintiff
6  F. MARC SCHAFFEL PRODUCTIONS, LLC

7

8                 UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  F. MARC SCHAFFEL PRODUCTIONS, LLC, a California limited liability 12  company, | CASE NO. CV10-00117 JST (AGRx) Hon. Josephine Staton Tucker, Courtroom 10A |
| 13             Plaintiff, | **F. MARC SCHAFFEL PRODUCTIONS, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITION OF DEFENDANT FOX NEWS NETWORK, LLC BY ITS PERSONS MOST KNOWLEDGEABLE UNDER FRCP 30(b)(6)** |
| 14      vs. |
| 15  FOX NEWS NETWORK, LLC, a Delaware limited liability company; 16  NEWS CORPORATION, a Delaware corporation; and DOES 1-10, inclusive, |
| 17             Defendants. | Date:        December 21, 2010 |
| 18 | Time:        10:00 a.m. Dept.:        Courtroom D, 8th Floor |
| 19 | |
| 20        **DISCOVERY MATTER** | Discovery Cut-Off: June 9, 2011 Pre-Trial Conference: August 29, 2011 Trial Date: September 13, 2011 21  Action Commenced: January 7, 2010 Mag. Judge: Hon. Alicia G. Rosenberg |
| 22 | |

23        **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

24        PLEASE TAKE NOTICE that on December 21, 2010, or as soon thereafter as

25  this matter can be heard before the Honorable Alicia G. Rosenberg of the United

26  States District Court for the Central District of California, at 312 North Spring

27  Street, Courtroom D, 8th Floor, Los Angeles, California 90012, Plaintiff F. Marc

28  Schaffel Productions, LLC ("Schaffel") will and hereby does move for an order

1  (i) compelling Defendant Fox News Network, LLC ("Fox") to appear forthwith in

2  Los Angeles at the office of Plaintiff's counsel for its deposition per its persons most

3  knowledgeable, under FRCP 30(b)(6), to testify regarding the matters designated in

4  Plaintiff's September 28, 2010 notice of said deposition; and (ii) requiring Fox and

5  its counsel Dori Ann Hanswirth and Theresa House to pay monetary sanctions in the

6  amount of $7,400.00 for the cost of bringing this motion.

7      This Motion is brought on the grounds that:

8      (1)   Defendant Fox has refused to present for deposition the persons most

9  knowledgeable on behalf of Fox under FRCP 30(b)(6) to testify regarding the topics

10  enumerated in Plaintiff's Amended September 28, 2010 Notice of the Deposition of

11  Fox (set for the agreed-upon, rescheduled date of October 21, 2010)[1], and in

12  Plaintiff's original Notice of Fox's 30(b)(6) deposition (set for August 20, 2010);

13      (2)   Fox unilaterally refused to appear for the agreed-upon, postponed

14  October 21[1] deposition date, and did not seek a protective order before, or after the

15  dates noticed for such depositions, to excuse Fox from having to appear for the

16  deposition; and

17      (3)   Fox is not immune from being examined in this deposition, and the

18  failure to appear as agreed, without justification, warranting the imposition of

19  monetary sanctions against Fox and its attorneys in the sum of $7,400.00 for the cost

20  of presenting this motion.

21      The parties have met and conferred including in person on October 6, 2010, in

22  good faith in an attempt to resolve this dispute as required by Local Rule 37-1.  This

23  Motion is based on this Notice of Motion and Motion, the Declarations of Howard

24  E. King and Brian J. Bird, the Joint Stipulation Pursuant to Local Rule 37-2, the

25  / / /

26

27  [1] In a draft of this Notice sent to Defendants' counsel November 8, this date was
   mistakenly referred to as <u>September</u> 21, 2010.

28

King, Holmes,
Paterno
& Berliner LLP

1 | records and files herein, and upon such oral argument and written submissions that

2 | may be presented at, before, or in connection with the hearing on this Motion.

3

4 | DATED:  November 18, 2010     KING, HOLMES, PATERNO & BERLINER, LLP

5

6 | By: _____

7 | HOWARD E. KING
ATTORNEYS FOR PLAINTIFF
F. MARC SCHAFFEL PRODUCTIONS, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2       I hereby certify that on November 18, 2010, I electronically filed the

3   foregoing **F. MARC SCHAFFEL PRODUCTIONS, LLC'S NOTICE OF**

4   **MOTION AND MOTION TO COMPEL DEPOSITION OF DEFENDANT**

5   **FOX NEWS NETWORK, LLC BY ITS PERSONS MOST**

6   **KNOWLEDGEABLE UNDER FRCP 30(b)(6)** with the Clerk of the Court by

7   using the CM/ECF system.  I certify that all participants in the case are registered

8   CM/ECF users and that service will be accomplished by the CM/ECF system.

9

10

JOEY S. GOSSETT-EVANS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KING, HOLMES,
PATERNO
& BERLINER LLP

3005.064/387198.2

4